RECEIVED
SDNY PRO SE OFFICE
2022 JAN 18 AM 10: 58

Jan. 8, 2022

To the Clerk:

Complaint: The United States does not have jurisdiction over Prince Andrew but went forward with legal action regarding a lawsuit filed involving Virginia Giuffre, in N.Y.

The United States, because of this action, is resulting in Prince Andrew facing investigation by Parliament / Scotland Yard, which will probably destroy his Royal Status.

Prince Andrew was being blackmailed, forced to quit royal duties in 2019, and lost his royal paycheck.

The United States, NY Federal Court and the current Maxwell Case is responsible. Anything of a Sexual nature is protected Federal Law Privacy Act and Prince Andrew is being denied that Protection.

Prince Andrew vs. The United States needs to be filed with the International Court because of the losses Prince Andrew is suffering.

Brenda C. Armstead
P.O. Box 181441
Casselberry, Fl. 32718

other: CIA Officer that murdered Monroe - John Kennedy -

and Robert Kennedy was Tennent H. Bagley. Any report filed by this Agent would be information to lead those investigating these murders away from the truth.

Box 181441
[Alta]monte Springs, Florida 32718

ORLANDO FL 328
8 JAN 2022 PM 3 L

Docketing JR

Clerk of Courts
U.S. District Court
Southern District of NY
The Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
NY NY 10007-1312

Henry VIII and Prince Andrew are relatives and above the law.

RECEIVED
SDNY PRO SE OFFICE
2022 JAN 18 AM 10:52

Henry VIII stopped China. Death. That stops everything.
Prince Andrew is losing his Royal Title because of the United States – NY and FL Federal Courts and he is entitled compensation. Prince Andrew vs. The U.S. in the International Court.

Epstein was murdered by the same courts but the U.S. Another murder to which the courts are liable like Terri Schiavo.
9-11 murder to which the International Court is liable.
Civil War U.S. to which the U.S. Supreme Court is liable.

Are the Courts also allowed to do this.
Why?